IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | |
| v. : | Case No.: 7:21-CR-49 (WLS) |
| SAMMIE EUBANKS, : | |
| Defendant. : | |
| _____ : | |

**ORDER**

Presently before the Court is the Government's Unopposed Motion to Continue Trial in the Interests of Justice. (Doc. 21.) Therein, the Government requests that this Court continue the specially set trial term, currently scheduled to being on August 15, 2022, to the next regularly scheduled trial term. (*Id.*) The reason that a continuance is requested is that the Government is still in the process of providing discovery to the Defense, and therefore the Government submits that Defense Counsel has not had adequate time to fully review discovery, and the Parties have not had adequate opportunity to attempt to negotiate a resolution of this case. (*Id.*) The Government states that they have communicated with Defense Counsel regarding this motion, who has indicated that Defendant is unopposed to a continuance. (*Id.*) The Court notes that Defendant does not join in the motion, but also notes that Defendant does not contest the Government's stated grounds for a continuance.

Accordingly, based on the Parties' stated reasons, the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A)-(B). Therefore, the motion to continue (Doc. 21) is **GRANTED**. The Court hereby **ORDERS** that the specially set trial in the above-

referenced matter be **CONTINUED** to the Valdosta Division November 2022 term and its conclusion, or as may otherwise be ordered by the Court. Furthermore, it is **ORDERED** that the time lost under the Speedy Trial Act, 18 U.S.C. § 3161, be **EXCLUDED** pursuant to 18 U.S.C. § 3161(h)(7) because the Court has continued the trial in this case and finds that the failure to grant a continuance would likely result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

The July 13, 2022 pretrial conference is **CANCELLED**.

**SO ORDERED**, this 7th day of July 2022.

                                              /s/ W. Louis Sands
                                              **W. LOUIS SANDS, SR. JUDGE**
                                              **UNITED STATES DISTRICT COURT**